| | | | | |
|---|---|---|---|---|
| AOC-105　　Doc. Code: CI<br>Rev. 1-07<br>Page 1 of 1<br>Commonwealth of Kentucky<br>Court of Justice　www.courts.ky.gov<br>CR 4.02; CR Official Form 1 | | **CIVIL SUMMONS** | Case No. **15C   03522**<br>Court　☐ Circuit　☑ District<br>County　Jefferson | |

**PLAINTIFF**

Brandi　　　　　　　　　　　　　Scoggan

**VS.**

**DEFENDANT**

Taylor Law, PLLC

10172 Linn Station Road, Suite 400

Louisville　　　　　　Kentucky　　　　　　40223

**Service of Process Agent for Defendant:**

Michael　　　　　　　　　　　Brodarick

10172

Linn Station Road, Suite 400

Louisville　　　　　　Kentucky　　　　　　40223

**THE COMMONWEALTH OF KENTUCKY**
**TO THE ABOVE-NAMED DEFENDANT(S):**

　　You are hereby notified a **legal action has been filed against you** in this Court demanding relief as shown on the document delivered to you with this Summons. **Unless a written defense is made by you or** by **an attorney on your behalf** within **20 days** following the day this paper is delivered to you, judgment by default may be taken against you for the relief demanded in the attached Complaint.

　　The name(s) and address(es) of the party or parties demanding relief against you are shown on the document delivered to you with this Summons.

Date: __APR 1 5 2015__, 2____

DAVID L. NICHOLSON, CLERK

_____ Clerk

By: _____ D.C.

---

**Proof of Service**

This Summons was served by delivering a true copy and the Complaint (or other initiating document) to:

_____

this _____ day of _____, 2_____.

Served by: _____

_____ Title

CASE NO. 15C 03522　　　　　　　　　　JEFFERSON DISTRICT COURT
　　　　　　　　　　　　　　　　　　　　　DIVISION_____

**BRANDI SCOGGAN**　　　　　　　　　　　　　　　　　　**PLAINTIFF**

v.　　　　　　　　　　**COMPLAINT**

　　　　　　　　　　　　　　　　　　　　　　　　　　　**DEFENDANTS**
**TAYLOR LAW, PLLC**
**10172 LINN STATION ROAD, SUITE 400**
**LOUISVILLE KY 40223**

**LAW OFFICE OF RICHARD CLARK, PLLC**
**3030 S. GESSNER, SUITE 200**
**HOUSTON, TX 77063**
　　　Serve the Kentucky Secretary of State:
　　　Office of Secretary of State
　　　Summons Branch
　　　700 Capital Avenue, Ste. 86
　　　Frankfort, KY 40601

\* \* \* \* \* \* \* \* \* \* \*

### INTRODUCTION

　　　1.　　　This is an action for damages brought by an individual consumer for violations of the Fair Debt Collection Practices Act, 15 U.S.C. § 1692, et seq. (hereinafter "FDCPA"), which prohibit debt collectors from engaging in abusive, deceptive, and unfair practices.

### PARTIES

　　　2.　　　Plaintiff, Brandi Scoggan, was a resident and citizen of Jefferson County, Kentucky at all times relevant herein. Her current address is 4304 Pacelli Pl., Louisville, KY 40245.

　　　3.　　　Defendant, Taylor Law, PLLC (hereinafter referred as "Taylor Law"), at all times relevant herein was a domestic business and registered to do business in this state, with a principal place of business located at 10172 Linn Station Rd., Suite 400, Louisville, KY 40223.

4. Law Office of Richard Clark, PLLC, (hereinafter referred as "Richard Clark"), at all times relevant herein was a foreign liability company and is not registered to do business in this state, with a principal place of business located at 3030 S. Gessner, Suite 200, Houston, TX 77063.

## JURISDICTIION AND VENUE

5. The events complained of herein occurred in Jefferson County, Kentucky.

6. This Court has jurisdiction over this matter, and venue is proper in the Jefferson District Court.

## FACTS

7. On or about October 7 of 2013, Richard Clark contacted Ms. Scoggan by phone and with letters to pay a debt that was owned by Cach, LLC. Right away, the collection agency (posing as a law firm) offered Ms. Scoggan a settlement offer. Ms. Scoggan asked for the agency to produce documentation of the charges, since she did not recognize the debt or the amount. The agency responded that it could not produce the documentation, because if it did then it would be confirmation of the debt and no settlement could be offered.

8. Ms. Scoggan, through a previous attorney, asked Richard Clark to provide documentation regarding the debt and to stop contacting Ms. Scoggin. The collection agency never returned this attorney's phone call and never followed up on the collection. Ms. Scoggan thought that this collection agency may have quit pursuing the debt and did not follow up any further.

9. However, on or about July 16, 2014 Ms. Scoggan began receiving letters from Taylor Law for the same debt, supposedly owned by Cach, LLC. Ms. Scoggan, again through her attorney, contacted Taylor Law and asked them to verify the debt. On March 9, 2015 Taylor

Law sent a letter to this attorney showing the interest charges, however did not show or verify the original debt in any way.

10. Ms. Scoggan's attorney attempted to discuss the matter further with Taylor Law, to no avail. Hence the subject of this litigation.

## COUNT I:

11. Ms. Scoggan adopts and incorporates by reference all averments in paragraphs 1 through 10 above as if fully set forth herein.

12. Both Richard Clark and Taylor Law are debt collectors as defined in 15 U.S.C. § 1692a(6).

13. Defendants have violated multiple provisions of 15 U.S.C. § 1692e in its communications about the alleged debt in its dealings with Ms. Scoggan, including but not limited to, making false misrepresentations of being a law firm, the amount owed, and falsely misrepresenting the character and amount of the debt and interest rate under KRS 360.010.

14. Defendants have violated 15 U.S.C. § 1692g(b) by failing to provide verification of the debt and continuing its debt collection efforts after the Plaintiff had disputed the debt.

15. As a result, Defendants have violated multiple violations of the FDCPA, Ms. Scoggan is entitled to damages as set forth in 15 U.S.C. § 1692k and to award of his reasonable attorney fees pursuant to 15 U.S.C. § 1692k(B)(3).

## COUNT II:

16. Ms. Scoggan adopts and incorporates by reference all averments in paragraphs 1 through 15 above as if fully set forth herein.

17. KRS 367.170 provides that unfair, false, misleading or deceptive acts or practices in the conduct of any trade are declared unlawful.

18. Defendants have violated the provisions of KRS 367.170 by using unfair, false, misleading, and deceptive acts and practices in attempting to collect the debt alleged to be owed by Ms. Scoggan.

19. KRS 367.220 provides for a private cause of action to recover damages against Defendants for its violations of KRS 367.170.

20. Defendants have caused Ms. Scoggan to suffer damages through its violations for which she should be compensated. Ms. Scoggan should also be awarded her reasonable attorney fees pursuant to KRS 367.220.

## COUNT III

21. Ms. Scoggan adopts and incorporates by reference all averments in paragraphs 1 through 20 above as if fully set forth herein.

22. The acts of the Defendants described herein above were taken with actual malice and/or recklessly in contravention of KRS 411.184 and 411.186 in derogation of the rights and property of Ms. Scoggan.

23. Ms. Scoggan is entitled to an award of punitive damages in such amount as the Court may deem reasonable and just at trial of this matter.

**WHEREFORE**, Ms. Scoggan, demands as follows:

1. Judgment on all counts of her Complaint;
2. Leave to amend her Complaint as proof develops;
3. For an award of such damages as may be proven at trial of this matter;
4. For an award of punitive damages;
5. For an award of her costs expended herein;
6. For an award of her reasonable attorney fees; and

7.  For any and all other such relieve to which she may appear entitled.

                                                             Respectfully submitted,

                                                             */s/ Alex R. White*
                                                            Alex R. White
                                                            617 Baxter Avenue
                                                            Louisville, Kentucky 40204
                                                           (502) 822-6089
                                                           *Counsel for Plaintiff*